```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JOEL FLORES-RIOS
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-008 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date: March 5, 2010 |
|   | ) Time: 9:00 a.m. |
| JOEL FLORES-RIOS, | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Flores-Rios, that the Court should vacate the status conference scheduled for March 5, 2010, at 9:00 a.m., and reset it for March 19, 2010, at 9:00 a.m.

Counsel for Mr. Flores-Rios requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Investigation Report and a proposed plea agreement with Mr. Flores-Rios.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through March 19, 2010, when it computes the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting Mr.
3  Flores-Rios's request for a continuance outweigh the best interest of
4  the public and Mr. Flores-Rios in a speedy trial, and that this is an
5  appropriate exclusion of time for defense preparation within the
6  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: March 3, 2010                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant


Dated: March 3, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for Michael D. Anderson
                                        _____
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney


**ORDER**

   **IT IS SO ORDERED.**  The Court orders time excluded from the date of
this order through the status conference on March 19, 2010, pursuant to
18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  March 3, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge