```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JOEL FLORES-RIOS
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 10-008 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) ) | Date:  March 19, 2010 Time:  9:00 a.m. |
| JOEL FLORES-RIOS, | ) ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) ) |  |

IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Flores-Rios, that the Court should vacate the status conference scheduled for March 19, 2010, at 9:00 a.m., and reset it for April 9, 2010, at 9:00 a.m.

Counsel for Mr. Flores-Rios requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Investigation Report and a proposed plea agreement with Mr. Flores-Rios.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through April 9, 2010, when it computes the time within which the trial of the above criminal

STIPULATION AND [PROPOSED ORDER]           1                              10-008 GEB

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting Mr.
3  Flores-Rios's request for a continuance outweigh the best interest of
4  the public and Mr. Flores-Rios in a speedy trial, and that this is an
5  appropriate exclusion of time for defense preparation within the
6  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

7  Dated: March 18, 2010                Respectfully submitted,

8                                       DANIEL BRODERICK
                                         Federal Defender
9
                                         /s/ M.Petrik
10                                       _____
11                                       MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
                                         Attorneys for Defendant
12

13 Dated: March 18, 2010                 BENJAMIN B. WAGNER
                                         United States Attorney
14
                                         /s/ M.Petrik for Michael D. Anderson
15                                       _____
                                         MICHAEL D. ANDERSON
16                                       Assistant U.S. Attorney

17
                                     **ORDER**
18
    **IT IS SO ORDERED.**  The Court orders time excluded from the date of
19
   this order through the status conference on April 9, 2010, pursuant to
20
   18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).
21
22 Dated:  March 18, 2010

23
                                         _____
24                                       GARLAND E. BURRELL, JR.
                                         United States District Judge
25

26

27

28 STIPULATION AND [PROPOSED ORDER]        2                        10-008 GEB